1  Michael J. Miller, VA Bar No. 19171
   J. Christopher Ide, VA Bar No. 19307
2  David C. Andersen, CA Bar No. 194095
   THE MILLER FIRM, LLC
3  108 Railroad Avenue
   Orange, VA 22960
4  Telephone: (540) 672-4224
   Facsimile: (540) 672-3055
5
   Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     (SAN FRANCISCO DIVISION)

11

12 | EDWARD JEFFERSON CLARKE,            | **MDL NO. 1699**
13 |            Plaintiffs,               | **District Judge: Charles R. Breyer**
14 | v.                                   | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
15 | PFIZER INC., PHARMACIA
   | CORPORATION, and G.D. SEARLE, LLC,   | Case No. C-06-2953 CRV
16 |
   |            Defendants.
17

18        Come now the Plaintiff and Defendants, by and through the undersigned attorneys,

19 pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of

20 Plaintiff, Edward Jefferson Clarke from this action without prejudice with each side bearing its

21 own attorney's fees and costs.

22 Dated: July 23, 2007                    Respectfully submitted,

23                                         THE MILLER FIRM, LLC

24

25                                         By: _____
                                               J. CHRISTOPHER IDE
26

27

28

COMPLAINT

| | |
|---|---|
| 1 | Michael J. Miller, VA Bar No. 19171 |
| | J. Christopher Ide, VA Bar No. 19307 |
| 2 | David C. Andersen, CA Bar No. 194095 |
| | THE MILLER FIRM, LLC |
| 3 | 108 Railroad Avenue |
| | Orange, VA 22960 |
| 4 | Telephone: (540) 672-4224 |
| | Facsimile: (540) 672-3055 |
| 5 | |
| | Attorneys for Plaintiffs |
| 6 | |

8  Dated: September10, 2007          Respectfully submitted,

9                                     DLA PIPER US LLP

11                                    By: /s/ Amy W. Schulman
                                          AMY W. SCHULMAN

13                                    Bar No. AWS3417
                                      DLA PIPER US LLP
14                                    1251 Avenue of the Americas
                                      New York, NY 10020-1104
15                                    Telephone: (212) 335-4500
                                      Facsimile: (212) 335-4501
16                                    Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED**

Dated: 9/17/2007

Hon. Charles R. Breyer
United States District Court