Amy W. Schulman, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 835-6108
Fax: (212) 884-8675

Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD JEFFERSON CLARKE<br><br>Plaintiff,<br><br>v.<br><br>PFIZER INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC<br><br>Defendants. | MDL NO. 1699<br><br>Case No. C-06-2953 CRB |

## ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE REGARDING PLAINTIFF EDWARD JEFFERSON CLARKE

**IT IS HEREBY ORDERED** pursuant to the above Stipulation, that the claim of plaintiff, Edward Jefferson Clarke, in the above-referenced matter is dismissed with prejudice.

Dated: 9/12, 2007.

Judge Charles R. Breyer
United States District Court

imanage9573311